Maurice DEAN, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77346.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 12, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Troy Allen, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Movant, Maurice Dean, appeals from a judgment denying his Rule 29.15 motion for post-conviction relief on the merits without an evidentiary hearing.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(2).

Robert E. GRIZZLE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77251.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 12, 2000.

Nancy A. McKerrow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J. and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Robert Grizzle (Movant) files this appeal challenging the denial of his Rule 24.035 motion after a hearing. On appeal, Movant contends the motion court failed to enter sufficient findings of fact and conclusions of law as required by Rule 24.035(j). We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).